

# CyberTipline Report 61606638

Priority Level: E
(Report submitted by a registered Electronic Service Provider)

Received by NCMEC on 12-23-2019 17:04:33 UTC
All dates are displayed as MM-DD-YYYY
Except for times provided in Additional Information sections, all time zones are displayed in UTC

## Executive Summary

The following is a brief overview of information contained in this CyberTipline report:

**Incident Type:** Apparent Child Pornography (Unconfirmed)

NCMEC Incident Type is based on NCMEC's review of the report OR a "Hash Match" of one or more uploaded files. NCMEC may not have viewed all uploaded files submitted by the reporting ESP.

NCMEC staff have viewed one or more of the files submitted with this CyberTipline report and have categorized one or more of the files as designated in the Incident Type.

Please see Section C for additional information related to the files that were viewed and categorized by NCMEC.

**Total Uploaded Files:** 6

The National Center for Missing & Exploited Children (NCMEC) was incorporated in 1984 by child advocates as a private, non-profit 501(c)(3) organization to serve as a national clearinghouse and resource center for families, victims, private organizations, law enforcement, and the public on missing and sexually exploited child issues. To further our mission to help find missing children, reduce child sexual exploitation, and prevent future victimization, NCMEC operates the CyberTipline and Child Victim Identification Program. NCMEC makes information submitted to the CyberTipline and Child Victim Identification Program available to law enforcement and also uses this information to help identify trends and create child safety and prevention messages. As a clearinghouse, NCMEC also works with Electronic Service Providers, law enforcement and the public in a combined effort to reduce online child sexual abuse images. NCMEC performs its programs of work pursuant to its own private mission and independent business operations. NCMEC does not act in the capacity of or under the direction or control of the government or law enforcement agencies. NCMEC does not investigate and cannot verify the accuracy of the information submitted by reporting parties.



CyberTipline Report 61606638 | i

## Contents

| | |
|---|---|
| **Section A: Reported Information** | **1** |
| Reporting Electronic Service Provider (ESP) | 1 |
| Company Information | 1 |
| Incident Information | 2 |
| Webpage/URL | 2 |
| Webpage/URL | 2 |
| Webpage/URL | 2 |
| Webpage/URL | 2 |
| Webpage/URL | 3 |
| Suspect | 3 |
| Uploaded File Information | 3–5 |
| **Section B: Automated Information Added by NCMEC Systems** | **6** |
| Explanation of Automated Information (in alphabetical order) | 6 |
| Geo-Lookup (Suspect) | 6 |
| **Section C: Additional Information Provided by NCMEC** | **7** |
| NCMEC Note #1 | 7 |
| Uploaded File Information | 7 |
| **Section D: Law Enforcement Contact Information** | **9** |
| Wichita/Sedgwick County Exploited and Missing | 9 |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*

CyberTipline Report 61606638 | 1

# Section A: Reported Information

The following information was submitted to the CyberTipline by the Reporting Person or Reporting ESP. The information appearing in Section A is information received in the original submission. The reporting of information in Section A, other than the "Incident Type" and "Incident Time," is voluntary and undertaken at the initiative of the Reporting Person or Reporting ESP.

## Reporting Electronic Service Provider (ESP)

**Submitter:**
Twitter, Inc. / Vine.co
Twitter Inc.
1355 Market St Suite 900
San Francisco, CA 94103 US

**Point of Contact for Law Enforcement:**
https://support.twitter.com/articles/41949-guidelines-for-law-enforcement

## Company Information

Twitter has provided NCMEC with the following explanation on how it reports to the CyberTipline.

General information:
This report was submitted from the Electronic Service Provider (ESP) Twitter, a free service that provides micro-blogging to its users. This is being reported to NCMEC in accordance with Title 18 U.S.C. 22558A. The submitted media along with the .zip file containing preservation files will be kept for 90 days for law enforcement follow-up. Twitter retains different types of information for different time periods. Given Twitter's real-time nature, some information may only be stored for a very brief period of time. Information on our retention policies can be found in our Privacy Policy (https://twitter.com/privacy).

Please note that for Twitter accounts reported to NCMEC, we provide a copy of the preserved files, mentioned above, within the report in the form of a .zip file.

Time zones:
All times in this report are in UTC.

Incident Date/Time:
The incident date/time is the timestamp from the earliest reported Tweet; however, if a Tweet is not reported, then the incident date/time will represent the account creation timestamp.

IP addresses:
Twitter logs IPs in connection with user authentications to Twitter (i.e., sessions, which may span multiple days) rather than individual Tweet postings; as a result, we are unable to provide insight into which IP address a specific Tweet was posted from. While Twitter does not capture IPs for individual Tweets, we have provided an accurate log of IPs for the timeframe relevant to the report.

Matching IP sessions with reported media:
The Tweet ID/Status ID is the numeric portion of the URL associated with each reported Tweet.
Copy this Status ID .
Open the [username]-tweets.txt file and using Ctrl+F(PC)/Cmd+F(Mac), paste in the Tweet ID to highlight the corresponding Tweet information.
Once you have obtained the date/time information for the Tweet from the [username]-tweets.txt file, open the [username]-ipaudit.txt file. The IP address most likely associated with the session in which the reported Tweet occurred will be the most recent IP in the log before the date/time of the Tweet.

Matching Direct Message (DM) media to DM text:

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*

The DM ID is the numeric portion of the filename of media found within the [username]-dm-media folder.
For the DM media file, copy the numeric portion of the filename.
Open the [username]-dm-media-preserve.txt file and using Ctrl+F(PC)/Cmd+F(Mac), and paste in the DM ID to highlight the corresponding DM information (user ID if sender, message, user ID of recipient)

User-generated information:
The account name, bio, URL, and location found in the Additional Information section are user-generated.

Tweet text:
Text content of Tweets from the reported account are contained in the file named USERNAME-tweets.txt (attached to the report in the zip file). The file contains status IDs, the text content of the Tweet, and a timestamp in UTC.

Special Instructions:
When law enforcement serves legal process, law enforcement should reference both the CyberTipline report number and the account username (example: @username or twitter.com/username) and user ID.

Additional questions:
For more information, please refer to the Evidence Key included in the reported zip file, or to our Guidelines for Law Enforcement (https://support.twitter.com/articles/41949#section4).

## Incident Information

| | |
|---|---|
| Incident Type: | Child Pornography (possession, manufacture, and distribution) |
| Incident Time: | 11-14-2019 07:24:08 UTC |

## Webpage/URL

| | |
|---|---|
| URL: | https://twitter.com/mikeyfromtumbl1/status/1208106707659964417 |
| Additional Information: | Type: Tweet<br>Text: After school nut<br><br>Cashapp  $mikeythenudist<br><br>https://t.co/nHNWiKGprQ https://t.co/ptxCeOgNGc<br>Created At: 2019-12-20T19:27:39+00:00 |

## Webpage/URL

| | |
|---|---|
| URL: | https://twitter.com/mikeyfromtumbl1/status/1206970845920419841 |
| Additional Information: | Type: Tweet<br>Text: Adam and his uncles ski at the Colorado nudist resort.<br><br>Cashapp  $mikeythenudist https://t.co/V4lC3mtZnQ<br>Created At: 2019-12-17T16:14:08+00:00 |

## Webpage/URL

| | |
|---|---|
| URL: | https://twitter.com/mikeyfromtumbl1/status/1206961632938790912 |
| Additional Information: | Type: Tweet<br>Text: Sam is getting his senior portraits taken today<br><br>Cashapp  $mikeythenudist https://t.co/68YgNaQhT1<br>Created At: 2019-12-17T15:37:32+00:00 |

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.



CyberTipline Report 61606638 | 3

### Webpage/URL

| | |
|---|---|
| URL: | https://twitter.com/mikeyfromtumbl1/status/1194992859147046913 |
| Additional Information: | Type: Tweet<br>Text: Doing homework<br>Cashapp $mikeythenudist https://t.co/k1StxERKre<br>Created At: 2019-11-14T14:57:54+00:00 |

### Webpage/URL

| | |
|---|---|
| URL: | https://twitter.com/mikeyfromtumbl1/status/1194878664573440000 |
| Additional Information: | Type: Tweet<br>Text: Like my selfie?<br>Cashapp $mikeythenudist https://t.co/Xxhy6bweFz<br>Created At: 2019-11-14T07:24:08+00:00 |

### Suspect

| | |
|---|---|
| Email Address: | jordanpatterson426@yahoo.com |
| Screen/User Name: | mikeyfromtumbl1 |
| ESP User ID: | 1166023345470615552 |
| Profile URL: | https://twitter.com/mikeyfromtumbl1 |
| IP Address: | 24.248.224.234 (Registration)<br>08-26-2019 16:23:39 UTC |
| IP Address: | 107.133.232.207 (Login)<br>12-23-2019 06:42:35 UTC |
| IP Address: | 107.133.232.207 (Login)<br>12-21-2019 15:49:29 UTC |
| IP Address: | 24.248.224.234 (Login)<br>12-20-2019 23:16:56 UTC |
| IP Address: | 24.248.225.42 (Login)<br>12-19-2019 19:53:36 UTC |
| IP Address: | 24.248.224.234 (Login)<br>12-13-2019 18:41:48 UTC |
| IP Address: | 24.248.225.42 (Login)<br>12-11-2019 15:11:20 UTC |
| Device ID (Twitter for Android): | d48c46156e89e99a<br>12-18-2019 16:49:29 UTC |
| Additional Information: | User-provided account information:<br><br>Full Name: mikeyfromtumblr<br>Location:<br>Description: I was on Tumblr many times & nuked. I am going thru a rough spell. cashapp: $mikeythenudist http://amazon.com/hz/wishlist/ls/2LLKFA2EXB368?ref<br>URL:<br><br>Additional user emails on record:<br><br>Additional user phone numbers on record: |

### Uploaded File Information

| | |
|---|---|
| Number of uploaded files: | 6 |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*



CyberTipline Report 61606638 | 4

## Uploaded File Information

| | |
|---|---|
| Filename: | mikeyfromtumbl1-1166023345470615552-2019-12-23-2274158.zip |
| MD5: | 731c046c2855a9aa41d318b58a9541d3 |
| Submittal ID: | 742fd17c6ae3466e7058a077ff0c9b31 |
| Did Reporting ESP view entire contents of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | (Information Not Provided by Company) |

## Uploaded File Information

| | |
|---|---|
| Filename: | IJ0zdwgTLUXHDgNS.mp4 |
| MD5: | e9629ca57a1e26211cefb8356ceea94b |
| Submittal ID: | 76fac6410c76b7bc39f352f70afee87b |
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | Yes |
| Original URL Where File was Located: | https://twitter.com/mikeyfromtumbl1/status/1208106707659964417 |

## Uploaded File Information

| | |
|---|---|
| Filename: | EJUP0BUXkAAkJD2.jpg |
| MD5: | 60fe71c3403af0bcbec38570dc66f90f |
| Submittal ID: | 17379890938a252b264f0eb5145b60d4 |
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | Yes |
| Original URL Where File was Located: | https://twitter.com/mikeyfromtumbl1/status/1194878664573440000 |

## Uploaded File Information

| | |
|---|---|
| Filename: | EMAFlpAWsAUgOi5.jpg |
| MD5: | 312e5d0168967bcfaca9f41c500da1ae |
| Submittal ID: | 4bcf58fe6825310d4a3cc9c04dc58ba1 |
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | Yes |
| Original URL Where File was Located: | https://twitter.com/mikeyfromtumbl1/status/1206970845920419841 |

## Uploaded File Information

| | |
|---|---|
| Filename: | EL_9NOxXYAABXnV.jpg |

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.



CyberTipline Report 61606638 | 5

| | |
|---|---|
| MD5: | d1f13b3544621ab055eb9c914c1a366e |
| Submittal ID: | 5a3bc400b46d7b6ae64baf49d613fbee |
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | Yes |
| Original URL Where File was Located: | https://twitter.com/mikeyfromtumbl1/status/1206961632938790912 |

## Uploaded File Information

| | |
|---|---|
| Filename: | EJV3rBjWwAA42yK.jpg |
| MD5: | c7e0cc05273852818fcdc4fa52a7c3fd |
| Submittal ID: | e45d0bca05b8520ea1b69c240eb7e03e |
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | Yes |
| Original URL Where File was Located: | https://twitter.com/mikeyfromtumbl1/status/1194992859147046913 |

This concludes Section A. All of the information in this section was submitted electronically to the CyberTipline by the Reporting Person, NCMEC Call Center or Reporting ESP. The information appearing in Section A is information received in the original submission. The reporting of information in Section A, other than the "Incident Type" and "Incident Time," is voluntary and undertaken at the initiative of the Reporting Person or Reporting ESP.

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*

# Section B: Automated Information Added by NCMEC Systems

Upon receipt of a CyberTipline report, NCMEC Systems may conduct automated processes on the information submitted in Section A. The information found in Section B of this CyberTipline Report has been automatically generated by NCMEC Systems. If the CyberTipline Report was submitted by a member of the public, Section B will be blank.

## Explanation of Automated Information (in alphabetical order)

**Geo-Lookup:** When a Reporting ESP voluntarily reports an IP address for the "Suspect," NCMEC Systems will geographically resolve the IP address via a publicly-available online query. The results of this lookup are displayed.

Geolocation data is approximate and may not display a user's exact location. Please be aware that the geolocation information provided is not exact but is providing a reliable estimate of location based on IP address(es) voluntarily provided by the reporting ESP.

## Geo-Lookup (Suspect)

| IP Address | Country | Region | City | Metro Area | Postal Code | Area Code | Lat/Long | ISP/Org |
|---|---|---|---|---|---|---|---|---|
| 107.133.232.207 | US | KS | Wichita | Wichita-Hutchinson Plus | 67212 | | 37.7007/ -97.4383 | AT&T U-verse/ AT&T U-verse |
| 24.248.225.42 | US | KS | Wichita | Wichita-Hutchinson Plus | 67203 | | 37.7076/ -97.3637 | Cox Business/ Cox Business |
| 24.248.224.234 | US | KS | Wichita | Wichita-Hutchinson Plus | 67214 | | 37.7051/ -97.3133 | Cox Business/ Cox Business |

This concludes Section B

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*

RD01_SPORN-000057

CyberTipline Report 61606638 | 7

# Section C: Additional Information Provided by NCMEC

Section C contains information collected by NCMEC staff based on the information electronically submitted by the Reporting Person, NCMEC Call Center or Reporting ESP. Section C may contain a variety of additional information, including data gathered from queries on publicly-available, open-source websites. Any queries conducted by NCMEC staff will be documented and any query results will be saved to the electronic filing system when possible. The CyberTipline cannot confirm the accuracy of information found in public records or whether the results are affiliated with any parties relating to this report.

| | |
|---|---|
| NCMEC Priority Level: | E (Report submitted by a registered Electronic Service Provider) |
| NCMEC Classification*: | Apparent Child Pornography (Unconfirmed) |
| International Country: | United States |
| NCMEC Date Processed: | 02-10-2020 15:13:30 UTC |
| Made Available to Law Enforcement by NCMEC: | Yes |
| Associated CyberTipline Reports: | 61621395 |

NCMEC Classification is based on NCMEC's review of the report OR a "Hash Match" of one or more uploaded files. NCMEC may not have viewed all uploaded files submitted by the reporting ESP.

## NCMEC Note #1

ECD-KNA 02-10-2020 15:13:30 UTC

There are multiple reports on this suspect. Please see CT #61621395 for all analysis.

## Uploaded File Information

**Files Viewed by NCMEC:**

NCMEC staff have viewed the following uploaded files which had not been previously viewed and categorized by NCMEC at the time this report was generated.

### Files Viewed by NCMEC

| Filename | MD5 |
|---|---|
| IJ0zdwgTLUXHDgNS.mp4 | e9629ca57a1e26211cefb8356ceea94b |
| EJUP0BUXkAAkJD2.jpg | 60fe71c3403af0bcbec38570dc66f90f |
| EMAFlpAWsAUgOi5.jpg | 312e5d0168967bcfaca9f41c500da1ae |
| EL_9NOxXYAABXnV.jpg | d1f13b3544621ab055eb9c914c1a366e |
| EJV3rBjWwAA42yK.jpg | c7e0cc05273852818fcdc4fa52a7c3fd |

**Files Not Viewed by NCMEC:**

NCMEC staff have not viewed the following uploaded files submitted with this report and have no information concerning the content of the uploaded files other than information voluntarily provided in the report by the reporting ESP.

### Files Not Viewed by NCMEC

| Filename | MD5 |
|---|---|
| mikeyfromtumbl1-1166023345470615552-2019-12-23-2274158.zip | 731c046c2855a9aa41d318b58a9541d3 |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*



CyberTipline Report 61606638 | 8

This concludes Section C

If you need further information regarding the contents of this Report, please contact the CyberTipline at null or 1-877-446-2632, ext. 6702.

For more information regarding images containing identified child victims, please contact the Child Victim Identification Program (CVIP) at cvip@ncmec.org.

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.



CyberTipline Report 61606638 | 9

# Section D: Law Enforcement Contact Information

The report was made available to the Law Enforcement Agency listed below.

**Wichita/Sedgwick County Exploited and Missing**

Investigator:
Assigned Officer:       Access VPN
Title:                  Sergeant Jeff Swanson
City/State:             KS
Country:                United States
Phone Number:           316-660-9447
Email Address:          Jeff.Swanson@sedgwick.gov

Time/Date was made available: 02-10-2020 15:13:30 UTC

This concludes Section D

This concludes CyberTipline Report 61606638

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission. Please treat all information in this Report as confidential.*